# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3437

_____

George Frye,                              *
                                          *
           Appellant,                     *
                                          *   Appeal from the United States
     v.                                   *   District Court for the
                                          *   Southern District of Iowa.
Comair, Inc.,                             *
                                          *        [UNPUBLISHED]
           Appellee.                      *

_____

Submitted: April 24, 2001
Filed: April 27, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

George Frye appeals from the district court's[1] adverse grant of summary judgment in his Age Discrimination in Employment Act complaint. Upon de novo review of the summary judgment record, and viewing the evidence in the light most favorable to Frye, we conclude summary judgment was proper because Frye failed to submit sufficient evidence that Comair's stated reasons for his termination were a

_____

[1]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

pretext for age discrimination.  See Dammen v. UniMed Med. Ctr., 236 F.3d 978, 980 (8th Cir. 2001) (standard of review; burden-shifting analysis).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.